**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CEDRIC GLAZE                                                                                           PLAINTIFF

V.                                           NO: 3:15CV00252 DPM/PSH

TODD GROOMS *et al*                                                                              DEFENDANTS

### ORDER

Plaintiff Cedric Glaze, who was formerly held at the St. Francis County Detention Facility, filed a *pro se* complaint on August 25, 2015. The $400.00 filing and administrative fees were not paid, and plaintiff did not file an application for leave to proceed *in forma pauperis*. Accordingly, on November 30, 2015, the Court entered an order directing plaintiff to pay the full filing and administrative fees or file an application for leave to proceed in *forma pauperis* within 30 days, and warning him that his failure to comply would result in the recommended dismissal of his complaint.

Plaintiff left St. Francis County and did not initially receive the order. However, plaintiff updated his address, and the order was sent to him at his new address on December 28, 2015. In light of plaintiff's move, he will be given more time to comply. Plaintiff is directed to pay the full filing and administrative fees, or file an application for leave to proceed *in forma pauperis*, no later than 30 days after this order's entry date. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this 5th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE