# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CEDRIC GLAZE                                                                                        PLAINTIFF

V.                                        NO: 3:15CV00252 DPM/PSH

TODD GROOMS *et al*                                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge D.P. Marshall Jr.  You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Cedric Glaze, who is currently held at the Cuyahoga County Jail in Cleveland, Ohio, filed a *pro se* complaint on August 25, 2015.  On June 6, 2016, Glaze filed a motion to correct his complaint, in which he indicates he never intended to file a civil lawsuit regarding the issues in his complaint, but was rather seeking criminal charges against the named defendants (Doc. No. 13).  Glaze further asserts he is pursuing a civil case involving the issues referenced in this case in *Glaze v. Grooms et al*, ED/AR No. 3:15CV000161.

It is not the role of the Court to bring criminal charges.  Because Glaze's civil claims are being pursued in another lawsuit, Glaze's complaint should be dismissed.  Glaze may present his

criminal allegations to the appropriate prosecuting authority for consideration of criminal charges.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Cedric Glaze's complaint be DISMISSED WITHOUT PREJUDICE.

2. All pending motions be DENIED AS MOOT.

3. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE