**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CEDRIC GLAZE                                                                           PLAINTIFF

V.                                          NO: 3:15CV00252 DPM/PSH

TODD GROOMS *et al*                                                                  DEFENDANTS

## ORDER

Plaintiff Cedric Glaze filed what was docketed as a civil rights complaint on August 25, 2015, and he was granted leave to proceed *in forma pauperis* (Doc. No. 11).  On June 6, 2016, Glaze filed a motion to correct his complaint, in which he clarified that he did not wish to file a civil complaint, but was seeking criminal charges for the named defendants (Doc. No. 13).  Accordingly, because this was mistakenly docketed as a civil rights lawsuit, the order granting Glaze *in forma pauperis* status (Doc. No. 11) is VACATED.  Glaze's custodian is not required, as previously ordered, to collect money from his institutional account, or to send it to the Court.  The Clerk is directed to return to Glaze any funds received from him toward payment of the filing fee for this lawsuit.  The Clerk is further directed to send a copy of this order to the Cuyahoga County Sheriff, Post Office Box 5600, Cleveland, OH 44101.

IT IS SO ORDERED this 13th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE