IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CEDRIC GLAZE                                                              PLAINTIFF

v.                           No. 3:15-cv-252-DPM

TODD GROOMS, Sheriff, Crittenden
County Dention Center, *et al*                                       DEFENDANTS

ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Glaze's complaint will be dismissed without prejudice. Recommendation, № 12, declined, and motion, № 13, denied, as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2016